IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 (. 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-02677-BNB

GILBERT MARTINEZ,

    Applicant,

v.

[NO NAMED RESPONDENT],

    Respondent.

## ORDER OF DISMISSAL

Applicant, Gilbert Martinez, currently is incarcerated at the Weld County Jail in Greeley, Colorado. He initiated this action by submitting *pro se* a letter to the Court. The Court reviewed the letter and determined it was deficient. Therefore, in an order filed on December 10, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Martinez to cure certain deficiencies in the case within thirty days if he wished to pursue his claims.

The December 10, 2008, order pointed out that Mr. Martinez failed either to pay the $5.00 filing fee or to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. The December 10 order also pointed out that Mr. Martinez failed to submit an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 on the proper, Court-approved form. The order warned Mr. Martinez that if he failed to cure the designated deficiencies within thirty days, the action would be dismissed without prejudice and without further notice.

On December 23, 2008, Mr. Martinez submitted another letter with attachments that appear to be documents filed in his Weld County District Court criminal case, *People v. Martinez*, Criminal Action No. 07CR2284. Mr. Martinez has failed within the time allowed to cure the deficiencies listed in the December 10, 2008, order. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure and for failure to prosecute.

DATED at Denver, Colorado, this 14 day of January, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02677-BNB

Gilbert Martinez
Weld County Jail
2110 "O" Street
Greeley, CO 80631

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 1/15/09

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk